UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


EDGAR PAREDES-VARGAS,

      Plaintiff,

v.                                      CASE NO: 8:12-cv-45-T-26EAJ

UNITED STATES OF AMERICA,

      Defendant.

_____/


**O R D E R**

Plaintiff, proceeding *pro se*, has filed a motion seeking reduction of his sentence pursuant

to 28 U.S.C. § 2255.  Because it is undisputed from the record in the underlying criminal

proceedings[1] that Plaintiff's motion is time barred, he is entitled to no relief.  See Jackson v.

Sec'y for Dep't of Corr., 292 F.3d 1347, 1349 (11th Cir. 2002) (holding that a district court

possesses the discretion to raise the issue of the timeliness of a habeas petition *sua sponte*).

Consequently, the Court needs no response from Defendant or to convene an evidentiary hearing

to resolve the merits of the motion.

The record in the underlying criminal proceedings reflects that this Court sentenced

Defendant on July 2, 2008, to a term of imprisonment of 135 months to be followed by a term of

60 months of supervised release, and he did not appeal.[2]  As reflected on Plaintiff's mailing

---

[1]  See 8:08-cr-51-T-26EAJ.

[2]  See id., dockets 59 and 62.

envelope, he mailed the motion to the Clerk in early January of this year.  Thus, it is readily

apparent that Plaintiff filed his motion more than one year after his judgment of conviction

became final so that the motion is time-barred.  See 28 U.S.C. § 2255(f)(1).

Accordingly, it is ordered and adjudged that Plaintiff's Motion to Vacate (Dkt. 1) is

denied.  His Motion to Proceed In Forma Pauperis (Dkt. 2) is likewise denied.  The Clerk is

directed to enter judgment for Defendant and to close this case.

The Court declines to issue a certificate of appealability because Plaintiff has failed to

make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. §

2253(c)(2).  Nor will the Court allow Plaintiff to proceed on appeal *in forma pauperis* because

such an appeal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).  Plaintiff will be

required to pay the full amount of the appellate filing fee as required by 28 U.S.C. § 1915(b)(1)

and (2).

**DONE AND ORDERED** at Tampa, Florida, on January 10, 2012.

s/*Richard A. Lazzara*

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record
Plaintiff, *pro se*